# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGEAN ESPINOZA, et al., | Case No. 1:18-cv-00299-LJO-EPG |
| Plaintiffs, | ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLP, | (ECF No. 13) |
| Defendant. | |

On July 27, 2018, Plaintiffs and Defendant filed a stipulation to dismiss the entire action with prejudice (ECF No. 13). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**August 2, 2018**__   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE